IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:25-CV-00931-M

JENNIFER ANTONETTE WEBSTER,

    Plaintiff,

v.

JOHN DOE, a.k.a. BENEDICTARNOLD, a.k.a. POTC,

    Defendants.

ORDER

This matter comes before the court on Plaintiff's motion [DE 3] for leave to file Exhibits A – S to the Complaint under seal with redacted copies of those Exhibits filed on the public record. The court finds good cause to grant Plaintiff's motion; federal courts routinely "recognize[] that compromising photographs should be placed under seal to protect an individual's right to privacy." *Uys v. Harris*, No. 6:20-CV-1143, 2021 WL 8895159, at *1 (M.D. Fla. Oct. 20, 2021) (collecting cases); *see also Shukla v. Deloitte Consulting LLP*, No. 19-CV-10578, 2020 WL 8512844, at *2 (S.D.N.Y. Nov. 19, 2020) (granting motion to seal and holding that filing of "sexually explicit pictures . . . raise[s] privacy concerns that overcome the presumption of public access to judicial documents"). The Clerk of Court is directed to maintain Exhibits A – S to the Complaint under seal with redacted copies of those Exhibits filed on the public record. The court further orders both parties to file under seal any future exhibits that depict either party.

SO ORDERED this 20th day of May, 2025.

                                                         Richard E. Myers II
                                                         RICHARD E. MYERS II
                                                        CHIEF UNITED STATES DISTRICT JUDGE