UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CV-00931-M

| | | |
|---|---|---|
| JENNIFER ANTONETTE WEBSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING MOTION FOR** |
| v. | ) | **EXTENSION OF TIME TO RESPOND TO** |
| | ) | **PLAINTIFF'S DISCOVERY** |
| ROBERT STEVEN REY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Motion of Defendant Robert Steven Rey for an Order extending the time for serving responses to the Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Defendant Robert Steven Rey ("Plaintiff's Discovery") served on him by Plaintiff on or about July 13, 2026, pursuant to Federal Rule of Civil Procedure 6(b). It appears to the Court that the time to respond has not expired, that there is good cause for the granting of this motion, and that the motion should be allowed.

IT IS THEREFORE ORDERED that Defendant Robert Steven Rey, be and is hereby granted additional time within which to serve responses to Plaintiff's Discovery up to and including September 11, 2026.

This the 14 day of August, 2026.

Robert B. Jones, Jr.
United States Magistrate Judge